# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

### ORDER TO SURRENDER

2005 JAN -6 A 9: 40

SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs | Docket No.: 04-103-D-M2 |
| Walid Mizyed | |

It is hereby ordered that Walid Mizyed, the defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender himself to the Attorney General by reporting to the designated facility of the U. S. Bureau of Prisons before 2:00 p.m. on February 7, 2005.

_____
James J. Brady,
District Judge

1-6-2005
Date

---

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and, if convicted of contempt, may be punished by imprisonment or fine or both.

_____
Attorney/Witness

_____
Defendant

---

| INITIALS | DOCKET# |
|---|---|
| nt | 12 |

USM- 2 Curt.