UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 MAY -5 A 9: 10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | COURT NO. 3:04CR00103-001 |
| | : | |
| WALID MIZYED | : | |

American Gateway Financial Corporation
Garnishee

## WRIT OF CONTINUING GARNISHMENT

TO:  American Gateway Financial Corporation
     Through their Registered Agent
     Don W. Ayres
     320 N. Alexander Ave.
     Port Allen, Louisiana 70767

A judgment has been entered against Walid Mizyed on January 6, 2005, in the amount of $73,096.00, plus applicable interest, penalties and costs. An application for a writ of garnishment against the property of Walid Mizyed, judgment debtor, has been filed with this Court. As stated in the application, the current amount of the debt is $80,961.06.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owed to, or owned by the debtor, Walid Mizyed, including, but not limited to ████████████████████ ████, and any checking or savings accounts, certificates of deposit, and money market accounts; and, if so, you are required to provide a description of the property.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at the Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana. Additionally, you are required by law to serve a copy of your answer to this writ upon the debtor, Walid Mizyed, at the ███████████████████████████████████████, and upon James L. Nelson, Assistant United States Attorney at the United States Attorney's Office, 777 Florida Street, Suite 208, Baton Rouge, Louisiana 70801.

Under the law, there is property which is exempt from this writ. Property which is exempt and not subject to this writ is listed on the attached Claim for Exemption Form.

You are required by federal law to withhold and retain any and all property in your possession, custody and control in which the debtor has a substantial nonexempt interest and any property for which you are or may become indebted to the debtor, pending further order of the court.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

5-5-05
DATE

UNITED STATES DISTRICT CLERK
LAWRENCE TALAMO