UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 APR 27  P 12: 16

SIGN_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 04-103-D-142 |
| | : | |
| WALID MIZYED | : | |

*************************************************************************

## MOTION REQUESTING PERMISSION FOR THE DEFENDANT
## WALID MIZYED TO LEAVE THE COUNTRY

NOW INTO COURT, through undersigned counsel, comes the defendant Walid Mizyed who moves this Court for the following relief:

1.

In 2005, Walid Mizyed was sentenced by this Court to serve 12 months in the Bureau of Prisons. Mr. Mizyed has completed his sentence, including half- way house time, and is now on supervised release.

2.

Mr. Mizyed lives in Birmingham, AL with his wife and four children. His probation office is Chris Powell, with the United State Probation Office for the Northern District of Alabama.

3.

Mr. Mizyed's sister is getting married in Silwad, Palestine in June 2006. Mr. Mizyed would like to travel to Palestine to attend his sister's wedding and then travel to Aman, Jordan to visit family and friends.



4.

Mr. Mizyed requests that he be allowed to leave the Country on the 14th day of June, 2006 and return on the 18th day July, 2006.

5.

Mr. Mizyed's two brothers have already been granted permission to leave the Country and have done so. These brothers were co-defendants with Mr. Mizyed in this case.

6.

Mr. Mizyed is meeting all of his requirements and obligations under the terms and conditions of his supervised release.

7.

Restitution, fines, court costs, and assessments have all been paid in full.

8.

AUSA Patricia Jones has been contacted and has no objection to the relief sought in this Motion.

RESPECTFULLY SUBMITTED
BY ATTORNEYS:

JOHN S. MCLINDON
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, Louisiana 70810
225-766-0200, Telephone
225-766-0279, Telecopier

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 04-103-D-142 |
| | : | |
| WALID MIZYED | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing document upon counsel, by placing a copy of same in the United States Mail, postage prepaid, addressed to all counsel of record.

Baton Rouge, Louisiana, this _____ day of April 2006.

_____
JOHN S. MCLINDON

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 04-103-D-142 |
| WALID MIZYED | : | |

*******************************************************************

## ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that Walid Mizyed is permitted to leave the United States on the 14TH day of June 2006, to travel to Palestine and Jordan. Mr. Mizyed is to return to the United States by the 18th day of July 2006.

Baton Rouge, Louisiana this _____ day of _____ 2006.

_____
UNITED STATE DISTRICT COURT JUDGE