UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL |
| WALID MIZYED | NO. 04-103-D |

**NOTICE TO COUNSEL**

A status conference is set in this matter on **Thursday, May 17, 2007, at 11:00 a.m.** before U.S. District Judge James J. Brady in Chambers. The court requests that the probation officer be present at the conference.

Baton Rouge, Louisiana, May 14, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

By: _Suzie Edwards_
Suzie Edwards
Courtroom Deputy