UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

WALID MIZYED

CRIMINAL ACTION

NO. 03-103-JJB
04-103

## NOTICE AND ORDER

A conference with the undersigned judge was held today with the following counsel participating: John McLindon for defendant and Mary Patricia Jones for the United States.

Discussion was had relative to defendant's motion for early termination of supervised release. The court declined the request for termination of supervised release but agreed to allow defendant to travel to Jordan and Palestine for a period not to exceed ninety days. Defendant shall meet with his probation officer upon his return. Counsel for defendant will submit an order in conformity herewith.

Baton Rouge, Louisiana, May 17th, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA