FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 MAY 24  A 10: 57

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES

versus                                   CRIMINAL NO. 04-103-D-142   BY DEPUTY CLERK

WALID MIZYED
******************************************************************

                                 ORDER

     CONSIDERING THE FOREGOING, it is ordered that the defendant's
Motion For Early Termination of Supervised Release is hereby
denied.

     IT IS FURTHER ORDERED, that Walid Mizyed is permitted to leave
the United States on or about May 31, 2007 to travel with his
family to Jordan and Palestine Mr. Mizyed is to return to the
United States on or about September 1, 2007.

     It is further ordered that upon Mr. Mizyed's return to the
United States he will immediately schedule a visit with his
probation officer, Patrick Smith.

     Baton Rouge, Louisiana this 24th of May day of 2007.


                              James J. Brady
                         United States district Court Judge




                              RESPECTFULLY SUBMITTED
                              BY ATTORNEYS:
                              RAINER, ANDING & McLINDON



                              S/ John S. McLindon
                              JOHN S. McLINDON
                              Bar Roll Number 19703
                              8480 Bluebonnet Blvd., Suite D
                              Baton Rouge, LA  70810
                              225-766-0200, Telephone
                              225-766-0279, Telecopy