UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES

versus                                           CRIMINAL NO. 04-103-D

**WALID MIZYED**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR PERMISSION TO TRAVEL

NOW INTO COURT, through undersigned counsel comes Walid Mizyed who moves this Court for the following relief:

1.

In 2005 Walid Mizyed was sentenced by this Court to serve 12 months in the Bureau of Prisons. In January 2006, Mr. Mizyed was released from the Bureau of Prisons to a halfway house.

2.

In February 2006, Mr. Mizyed was released from the halfway house and is presently on supervised release for a period of 3 years, ending in 2009.

3.

As of the date of the filing of this motion, Mr. Mizyed has been on supervised release for over a year and a half. His conduct on supervised release has been exemplary and without incident.

4.

Earlier this year Mr. Mizyed, who is an American citizen of Middle Eastern decent, moved his wife and 4 young children to Amman, Jordan. The Court allowed Mr. Mizyed to travel with his family to help with the moving. Mr. Mizyed was overseas from May 31st until about September 15th when he returned to the United States.

5.

Prior to that, the Court granted Mr. Mizyed permission to travel to Jordan and Palestine to visit family and friends. In addition to his wife and 4 children living in Jordan, Mr. Mizyed's elderly parents, neither of whom are of good health, live in Palestine.

6.

Both prior occasions of travel by Mr. Mizyed were without incident.

7.

Mr. Mizyed is meeting all of his requirements and obligations under the terms and conditions of his supervised release. Restitution, fines, court costs, and assessments have all been paid in full.

8.

Mr. Mizyed seeks an order from this Court allowing him to travel from the United States to Amman, Jordan leaving October 7th and returning on December 15, 2007

9.

Mr. Mizyed will correspond and stay in contact with his probation officer via email and/or telephone while he is in Jordan.

10.

Patricia Jones, Assistant United States Attorney, is aware of this motion and has no objection.

**RESPECTFULLY SUBMITTED
BY ATTORNEYS:
RAINER, ANDING & McLINDON**

/s/ John S. McLindon
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Blvd., Suite D
Baton Rouge, LA  70810
225-766-0200, Telephone
225-766-0279, Telecopy

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES**

**versus**  **CRIMINAL NO. 04-103-D-142**

**WALID MIZYED**

******************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2007, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to opposing counsel, by operation of the Court's electronic filing system.

/s/ John S. McLindon

JOHN S. McLINDON

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES**

**versus**  CRIMINAL NO. 04-103-D-142

**WALID MIZYED**

*******************************************************************

## ORDER

Considering the foregoing motion it is hereby ordered that Walid Mizyed is allowed to travel from the United States to Amman, Jordan, leaving on October 7th and returning on December 15, 2007. During this time period Mr. Mizyed is to keep in contact with his probation officer by way of email and/or telephone.

Baton Rouge, Louisiana this ___ day of October 2007.

_____
UNITED STATES DISTRICT COURT JUDGE