FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 OCT -4  PM 3: 22

SIGN_____
     BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES

versus                                      CRIMINAL NO. 04-103-D-142

WALID MIZYED

*****************************************************************

## ORDER

Considering the foregoing motion it is hereby ordered that Walid Mizyed is allowed to travel from the United States to Amman, Jordan, leaving on October 7th and returning on December 15, 2007. During this time period Mr. Mizyed is to keep in contact with his probation officer by way of email and/or telephone.

Baton Rouge, Louisiana this 4th day of October 2007.

_____
UNITED STATES DISTRICT COURT JUDGE