UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

    -VS-

                                 **CRIMINAL NUMBER: 04-103-D-142**

**WALID MIZYED**

**MOTION FOR EARLY TERMNITATION OF
SUPERVISED RELEASE PURSUANT
TO 18 U.S.C. § 3583 (e)**

NOW INTO COURT, through undersigned counsel, comes the Defendant Walid Mizyed, who respectfully moves this Court for the following relief:

1.

In 2005, Walid Mizyed was sentenced by this Court to serve 12 months in the Bureau of Prisons. In January of 2006, Mr. Mizyed was released from the Bureau of Prisons to a halfway house.

2.

In February 2006, Mr. Mizyed was released from the halfway house and is presently on supervised release for a period of three years.

3.

As of the date of the filing of this motion, Mr. Mizyed has served more than two years of supervised release. His supervised release is scheduled to terminate in February 2009.

4.

Pursuant to 18 U.S.C. § 3583 (e), Mr. Mizyed asks this Court to terminate his supervised release early.

5.

Mr. Mizyed, who is an American citizen of Middle Eastern descent, has moved his wife and four children to Aman, Jordan. Mr. Mizyed would like to be able to move permanently to Aman, Jordan but in order to do so his supervised release must be terminated.

6.

This Court has previously granted Mr. Mizyed permission to travel to Jordan and Palestine to visit family and friends.

7.

Mr. Mizyed is meeting all his requirements and obligations under the terms and conditions of his supervised release. His conduct has been exemplary and an early termination is warranted in the interest of justice.

8.

Restitution, fines, Court costs, and assessments have all been paid in full.

WHEREFORE, Walid Mizyed prays that this Court terminate his supervised release early, thus allowing him to move home with his family.

RESPECTFULLY SUBMITTED BY ATTORNEYS:
RAINER, ANDING & McLINDON

S/ John S. McLindon
**JOHN S. McLINDON**
Bar Roll Number 19703
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, LA 70810
225-766-0200, Telephone
225-766-0279, Telecopier

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

    **-VS-**

                                          **CRIMINAL NUMBER: 04-103-D-142**

**WALID MIZYED**

**ORDER**

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that the supervised release of Walid Mizyed is hereby terminated and Mr. Mizyed is discharged from further supervision by the United States Probation Office.

Alternatively, it is hereby ordered that this matter be set for hearing on the _____ day of _____, 2008, at ___ o'clock __.m.

Baton Rouge, Louisiana this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

    **-VS-**

                                          **CRIMINAL NUMBER: 04-103-D-142**

**WALID MIZYED**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of May, 2008, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to opposing counsel, by operation of the Court's electronic filing system.


                                        _____/s/ John S. McLindon_____

                                            JOHN S. McLINDON