UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

    -VS-

                                     CRIMINAL NUMBER: 04-103-D-142

WALID MIZYED

### ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that the supervised release of Walid Mizyed is hereby terminated and Mr. Mizyed is discharged from further supervision by the United States Probation Office.

Alternatively, it is hereby ordered that this matter be set for hearing on the ____ day of _____, 2008, at ___ o'clock ___.m.

Baton Rouge, Louisiana this 20th day of JUNE, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE
JAMES J. BRADY